IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOSE OMAR CHAPA**                                                            **PLAINTIFF**
Reg. #33642-177

v.                      No: 2:19-cv-00122 KGB-PSH

**LINDLEY,** *et al.*                                                       **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Jose Omar Chapa filed a *pro se* complaint on September 25, 2019, while incarcerated at the Forrest City Low Federal Correctional Institution ("Forrest City FCI") (Doc. No. 2). In the Initial Order for Pro Se Prisoner Plaintiffs filed on that same date, the Court notified Chapa of his obligation to comply with the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Arkansas. *See* Doc. No. 3. Specifically, the Court informed Chapa that "[i]t is the duty of any party not represented by counsel to ... monitor the progress of the case, and to prosecute or defend the action diligently," and "[i]f any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice." Doc. No. 3 at 1, citing Local Rule 5.5(c)(2).

On October 17, 2019, the Court granted Chapa's application to proceed *in forma pauperis* and ordered him to file an amended complaint within 30 days.  *See* Doc. No. 6.  Chapa was cautioned that failure to file an amended complaint within that time could result in the dismissal of his case.  Doc. No. 6 at 2.  The docket reflects that the Clerk of the Court mailed a copy of that order and a blank 1983 form to Chapa on October 17, 2019.

More than 30 days have passed, and Chapa has not complied with the October 17 order.  Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's order.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore recommended that Chapa's complaint (Doc. No. 2) be dismissed without prejudice.

DATED this 3rd day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE