IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOSE OMAR CHAPA
Reg. #33642-177                                                                                          PLAINTIFF

v.                        Case No. 2:19-cv-00122-KGB-PSH

LINDLEY, *et al.*                                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Jose Omar Chapa's complaint is hereby dismissed without prejudice (Dkt. No. 2).

It is so adjudged this 25th day of March, 2020.

_____
Kristine G. Baker
United States District Judge